**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ROBERT L. MURRAY,**

                                **Plaintiff,**

                v.                                                **9:13-CV-1056**
                                                                   **(FJS/ATB)**

**RC II NEPHEW, Clinton Correctional Facility; and**
**RC II PROVOST, Clinton Correctional Facility.**

                                **Defendants.**
_____

**APPEARANCES**                                    **OF COUNSEL**

**ROBERT L. MURRAY**
276 East 171st Street
Room 4
Bronx, New York 10457
Plaintiff _pro se_

**OFFICE OF THE NEW YORK**                    **C. HARRIS DAGUE, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendants

**SCULLIN, Senior Judge**

                                **ORDER**

        Currently before the Court is Magistrate Judge Baxter's March 24, 2015 Order and

Report-Recommendation, in which he recommended that this Court grant Defendants' motion

for summary judgment and deny Plaintiff's motion for appointment of counsel and dismiss

Plaintiff's complaint in its entirety with prejudice.  _See_ Dkt. No. 45 at 15.  The parties did not file

any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Baxter's March 24, 2015 Order and Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's March 24, 2015 Order and Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion for summary judgment (Dkt. No. 40) is **GRANTED** and Plaintiff's complaint is **DISMISSED** in its entirety with prejudice; and the Court further

**ORDERS** that Plaintiff's motion for appointment of counsel (Dkt. No. 39) is **DENIED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: April 14, 2015
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge